THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LORA ROBERTS,

    Plaintiff,

v.                                        CASE NO. 3:09-cv-00219-MMH-HTS

CENTRAL CREDIT SERVICES INC.,

    Defendant.

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, LORA ROBERTS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days. "

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                              Respectfully Submitted,

DATED:  May 19, 2009                KROHN & MOSS, LTD.

                                       By: /s/ Aaron D. Radbil
                                           Aaron D. Radbil
                                           Krohn & Moss, Ltd.
                                           120 W. Madison St. 10th Floor
                                           Chicago, IL 60602
                                            Ph: (312) 578-9428 ext. 281
                                           Attorneys for Plaintiff
                                           FBN: 0047117