**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LORA ROBERTS

    Plaintiff,                            **CASE NO.** 3:09-cv-00219-MMH-HTS

    vs.                                  **STIPULATION OF DISMISSAL
WITH PREJUDICE AND
[PROPOSED] ORDER**

CENTRAL CREDIT SERVICES INC.,

                                                   **Fed. R. Civ. P. 41(a)(1)**

    Defendant.

_____/

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LORA ROBERTS and Defendant, CENTRAL CREDIT SERVICES INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, LORA ROBERTS, against Defendant, CENTRAL CREDIT SERVICES INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own costs and attorney's fees.

Dated: June 22, 2009        KROHN & MOSS, LTD.

                                            /s/ Jeffrey Spiegel
                                            Jeffrey Spiegel, Esq.
                                            Attorney for Plaintiff,
                                            LORA ROBERTS

Dated: June 22, 2009        Sessions, Fishman, Nathan & Israel, LLP

                                            /s/ Elizabeth Fite Blanco
                                            Elizabeth Fite Blanco, Esq.
                                            Attorney for Defendant,
                                            CENTRAL CREDIT SERVICES INC.

THE FOREGOING STIPULATION

1  IS APPROVED AND IS SO ORDERED.

2  Dated:

3  _____
The Honorable Judge
Marcia Morales Howard
4  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order